UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21097-UU

KATHLEEN MARSH,

    Plaintiff,

v.

CELEBRITY CRUISES, INC.,

    Defendant.

_____/

### ORDER

The Pretrial Conference in this matter is HEREBY RESET to **Friday, December 22, 2017 at 10:30 a.m.**

DONE AND ORDERED in Chambers, Miami, Florida, this _11th__ day of December, 2017.

                              URSULA UNGARO
                              UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record.