UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21097-UU

KATHLEEN MARSH,

    Plaintiff,

v.

CELEBRITY CRUISES, INC.,

    Defendant.
_____/

## ORDER

The Pretrial Conference in this matter is HEREBY RESET to **Friday, December 22, 2017 at 3:00 p.m.**

DONE AND ORDERED in Chambers, Miami, Florida, this _19th__ day of December, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record.