UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21097-UU

KATHLEEN MARSH,

    Plaintiff,

v.

CELEBRITY CRUISES, INC.,

    Defendant.
    _____/

## ORDER ON PRETRIAL CONFERENCE

THIS CAUSE came before the Court for a Pretrial Conference on December 22, 2017. In accordance with the Court's rulings from the bench, it is

ORDERED AND ADJUDGED that:

(1) The Joint Pretrial Stipulation, D.E. 75, is ADOPTED and SHALL govern at trial except as modified herein:

(3) Aside from those exhibits included in Defendant's Exhibit List, D.E. 75-1, to which Plaintiff objected, all objections to the remaining items in Defendant's Exhibit List, D.E. 75-1, are WAIVED.

(4) Aside from those exhibits included in Plaintiff's Exhibit List, D.E. 75-1, to which Defendant objected, all objections to the remaining items in Plaintiff's Exhibit List, D.E. 75-1, are WAIVED.

(5) This action will be tried by eight (8) jurors; each party will be allowed to strike four (4) jurors.

(6) Each party will be allotted forty (40) minutes for their opening statements.

(7) This action is set for Jury Trial set to commence on **Monday, March 5, 2018 at 9:30 a.m.** before the Honorable Ursula Ungaro.

(8) Counsel shall report to a **Call** of the trial calendar at **1:00 p.m.** on **Wednesday, February 28, 2018**.

(9) The parties SHALL exchange their respective trial exhibits with one another no later than the date of the Calendar Call, **Wednesday, February 28, 2018.**

(10) The parties SHALL deliver copies of ALL trial exhibits to chambers at the Call of the trial calendar on **Wednesday, February 28, 2018, at 1:00 p.m.**  The parties SHALL mark all trial exhibits with the exhibit numbers set forth in the parties' Joint Pretrial Stipulation, D.E. 75, D.E. 75-1.

DONE AND ORDERED in Chambers at Miami, Florida, this 22d day of December, 2017.

*Ursula Ungaro*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf