UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

1:17-CV-21097

KATHLEEN MARSH,

    Plaintiff,

v.

CELEBRITY CRUISES, INC.,

    Defendant,
_____/

## NOTICE OF SETTLEMENT

The Plaintiff(s), KATHLEEN MARSH, by and through her undersigned counsel, hereby files her Notice of Settlement with the Court. All issues of Plaintiff's claim have been resolved.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2018, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

    /s/ Mark R. Hanson
    FL Bar No.: 621651
    Attorneys for the Plaintiff
    Mark R. Hanson, Esq.
    Gordon & Doner
    3309 Northlake Boulevard, Suite 207
    Palm Beach Gardens, Florida 33403
    Email: mhanson@fortheinjured.com
    Secondary: mweschrek@fortheinjured.com
    Phone: 561-799-5070
    Fax: 561-799-5763

## SERVICE LIST
CASE NO: 1:17-cv-21097

Christopher Knight, Esq.
George M. Koonce, Esq.
Marc J. Schleier, Esq.
Esther E. Galicia, Esq.
James N. Hurley, Esq.
Fowler White Burnett, P.A.
Brickell Arch, 14th Floor
1395 Brickell Avenue
Miami, FL 33131
cknight@fowler-white.com
gkoonce@fowler-white.com
mschleier@fowler-white.com
egalicia@fowler-white.com
jhurley@fowler-white.com
Telephone:   305-789-9200
Fax:   305-789-9201
Attorney for Defendant

Natasha Alcivar, Esquire
Royal Caribbean Cruise Ltd.
Risk Management Department
1080 Caribbean Way
Miami, FL 33132
Nalcivar@rccl.com
jbaez@rccl.com
ypoveda@rccl.com
Telephone:   305-539-3943
Fax:   305-982-2104
Attorney for Defendant

Alejandro Blanco, Esq.
The Blanco Law Firm
535 N. Brand Blvd., Suite 700
Glendale, CA 91203
ablanco@theblancolawfirm.com
Telephone:   877-238-7635
Co-Counsel for Plaintiff

Daniel G. Williams, Esq.
Gordon & Doner, P.A.
4114 Northlake Boulevard
Palm Beach Gardens, Florida 33410
Primary Email: DGW.pleadings@fortheinjured.com
Phone: 561-799-5070
Fax: 561-799-4050
Co-Counsel for Plaintiff