UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21097-UU

KATHLEEN MARSH,

    Plaintiff,

v.

CELEBRITY CRUISES, INC.,

    Defendant,
_____/

## ORDER CLOSING CASE

THIS CAUSE is before the Court upon Plaintiff's Notice of Settlement, D.E. 103. THE COURT has considered the Motions, the pertinent portions of the record and is otherwise fully advised in the premises. On February 2, 2018, Plaintiff filed a Notice of Settlement notifying the Court that the Parties had reached a settlement. *Id.* Accordingly it is

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. It is further

ORDERED AND ADJUDGED that all future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of February, 2018.

*[signature]*
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record